# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 19-1041V
UNPUBLISHED

|  |  |
|---|---|
| RENEE BROCKMAN, <br><br>                Petitioner, <br> v. <br><br> SECRETARY OF HEALTH AND HUMAN SERVICES, <br><br>                Respondent. | Chief Special Master Corcoran <br><br> Filed: August 12, 2021 <br><br> Special Processing Unit (SPU); Entitlement; Tetanus-Diphtheria-Acellular Pertussis (Tdap); Brachial Neuritis. |

*Leah VaSahnja Durant, Law Offices of Leah V. Durant, PLLC, Washington, DC, for Petitioner.*

*Traci R. Patton, U.S. Department of Justice, Washington, DC, for Respondent.*

## RULIING ON ENTITLEMENT[1]

On July 18, 2019, Renee Brockman filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that as a result of the tetanus-diphtheria-acellular pertussis ("Tdap") vaccine she received on December 11, 2017, she suffered brachial neuritis within the timeframe set forth in the Vaccine Injury Table. Petition at Preamble. Petitioner further alleges that she received the vaccine in the United States, that she suffered the residual effects of her injury for more than six months, and that neither she nor any other party has filed a civil action or received compensation for his injury. Petition at 1, ¶¶ 2, 11-12. The case was assigned to the Special Processing Unit of the Office of Special Masters.

---

[1] Because this unpublished Decision contains a reasoned explanation for the action in this case, I am required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

On August 11, 2021, Respondent filed a combined Rule 4(c) Report and Proffer ("Rule 4(c) Report and Proffer") in which he concedes that Petitioner is entitled to compensation in this case. Rule 4(c) Report and Proffer at 3-4. Specifically, Respondent has "concluded that [P]etitioner has met the criteria for a Table claim" of brachial neuritis. *Id.* **In view of Respondent's position and the evidence of record, I find that Petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

**<u>s/Brian H. Corcoran</u>**
Brian H. Corcoran
Chief Special Master